

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2018

No. 04-18-00118-CV

Jesus **VIRLAR**, M.D. and
GMG Health Systems Associates, P.A., a/k/a and d/b/a Gonzaba Medical Group,
Appellants

v.

Jo Ann **PUENTE**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04936
Honorable Norma Gonzales, Judge Presiding

## O R D E R

On August 1, 2018, appellants filed a motion requesting the appellate deadline for the filing of appellants' brief be reset because the reporter's record is incomplete. We GRANT appellants' motion. Appellants' brief is due within thirty (30) days of the completion of the appellate record.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court